**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Erika M. Murchison<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)<br>　　　　　　Movant<br>　　vs. | NO. 15-11772 JKF |
| Erika M. Murchison<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this 21st day of November, 2017, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: Movant's Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is terminated with respect to the subject premises located at 1639 East Lycoming Street, Philadelphia, PA 19124 ("Property"), as to Movant, or its successor or assignee. The relief granted is *in rem* with regard to the subject Property.

_____
United States Bankruptcy Judge

Erika M. Murchison
1639 East Lycoming Street
Philadelphia, PA 19124-4423

Rex J. Roldan
900 Route 168
Suite I-4
Turnersville, NJ 08012

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532