Certificate Number: 17082-PAE-DE-031134823

Bankruptcy Case Number: 15-11772



17082-PAE-DE-031134823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2018, at 6:13 o'clock AM MST, ERIKA M MURCHISON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 5, 2018               By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director