United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-11772-jkf
Erika M. Murchison                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 3              Date Rcvd: Nov 05, 2018
                              Form ID: 206              Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
```
db             Erika M. Murchison,   1639 E Lycoming Street,   Philadelphia, PA 19124-4423
cr            +Pennsylvania Housing Finance Agency,   c/o Leon P. Haller, Esq.,   1719 North Front Street,
               Harrisburg, PA 17102-2305
13490317       ACS Inc.,   ATTN: Bankruptcy,   PO Box 56317,   Philadelphia, PA 19130-6317
13490318       ACS Systems,   9800 Centre Pkwy Ste 1100,   Houston, TX 77036-8263
13490319       AES,   PO Box 2461,   Harrisburg, PA 17105-2461
13490340     ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
              (address filed with court: FFCC-Columbus, Inc.,    PO Box 20790,   Columbus, OH 43220-0790)
13490323       Cardmember Services,   PO Box 30258,   Salt Lake City, UT 84130-0258
13490324       Central Financial Control,   PO Box 66044,   Anaheim, CA 92816-6044
13490326      +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
13490329       Columbia House DVD,   1400 N Fruitridge Ave,   Terre Haute, IN 47804-1776
13490335     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Directv,   PO Box 6550,   Englewood, CO 80155-6550)
13490332       Delaware Department Of Transportation,   PO Box 778,   Dover, DE 19903-0778
13524724       ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13490338       Fast Cash,   7009 24th Ave NW,   Seattle, WA 98117-5845
13490339       Fed Loan Servicing,   PO Box 69184,   Harrisburg, PA 17106-9184
13490341       Gordin & Berger, PC,   1760 Market St Ste 600,   Philadelphia, PA 19103-4105
13490342       Grimley Financial,   18 Kings Hwy W,   Haddonfield, NJ 08033-2116
13506131      +HARCUM COLLEGE,   c/o EDWARD L. BERGER, ESQUIRE,   GORDIN & BERGER, P.C.,
               1760 MARKET STREET, SUITE 608,   PHILADELPHIA, PA 19103-4199
13490346       HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
13490343      +Harcum College,   750 Montgomery Ave,   Bryn Mawr, PA 19010-3476
13490348       JP Morgan Chase Legal Department,   900 US Highway 9 N Ste 600,   Woodbridge, NJ 07095-1003
13490350       Key Bank/GLHEC,   PO Box 7860,   Madison, WI 53707-7860
13490352       Lonnie Murchison,   78 Kingston Way,   Southampton, NJ 08088-1211
13490353       Mansfield University,   Alumni Hall,   71 S Academy St,   Mansfield, PA 16933-1104
13490355     ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
               COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Insurance,   1 Nationwide Plz,
               Columbus, OH 43215-2226)
13490357       PECO Customer Service Center,   PO Box 8699,   Philadelphia, PA 19101-8699
13490359       PHEAA,   PO Box 61017,   Harrisburg, PA 17106-1017
13490360       Philadelphia Gas Works,   Correspondence,   PO Box 3500,   Philadelphia, PA 19122-0500
13490361       Physician Billing - PB Chop,   Lock Box 8017,   PO Box 8500,   Philadelphia, PA 19178-8500
13490363      +Police And Fire FCU,   901 Arch St,   Philadelphia, PA 19107-2495
13490370     ++T MOBILE,   C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile Bankruptcy Team,   PO Box 53410,
               Bellevue, WA 98015-3410)
13839377      +Thomas Puleo,   KML Law Group P.C.,   c/o US Bank Naitonal Assoc (Trust,
               701 Market Street ste 5000,   Philadelphia Pa 19106-1541
13490371       Trident Asset Management,   PO Box 888424,   Atlanta, GA 30356-0424
13558968      +U.S. BANK NATIONAL ASSOCIATION ET AL,   c/o PHFA Loan Servicing Division,
               211 North Front Street,   Harrisburg, Pennsylvania 17101-1406
13490376       Xerox State And Local So,   PO Box 41819,   Philadelphia, PA 19101-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:55     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2018 02:40:42
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2018 02:40:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13564556      +E-mail/Text: g20956@att.com Nov 06 2018 02:40:58     AT&T Mobility II LLC,
               % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
13490320       E-mail/Text: EBNProcessing@afni.com Nov 06 2018 02:40:48     Afni, Inc.,   PO Box 3427,
               Bloomington, IL 61702-3427
13490321      +E-mail/Text: tropiann@einstein.edu Nov 06 2018 02:40:37     Albert Einstein Healthcare Network,
               101 E Olney Ave Ste 301 3rd Floor,   Philadelphia, PA 19120-2470
13534363       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2018 02:47:29
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK 73124-8838
13490322       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 02:47:28     Capital One,
               PO Box 30285,   Salt Lake City, UT 84130-0285
13490325       E-mail/Text: compliance@chaserec.com Nov 06 2018 02:41:02     Chase Receivables,
               1247 Broadway,   Sonoma, CA 95476-7503
13490328       E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:55
               City Of PHiladelphia, Law Dept. Tax Unit,   Bankruptcy Group,
               1401 John F Kennedy Blvd 5th Fl,   Philadelphia, PA 19102-1617
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 3                  Date Rcvd: Nov 05, 2018
                               Form ID: 206                 Total Noticed: 69

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13490327       E-mail/Text: bankruptcy@philapark.org Nov 06 2018 02:41:00     City Of Philadelphia,
                 Law Department,   PO Box 41818,   Philadelphia, PA 19101-1818
13490330       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2018 02:40:36     Comenity Bank,
                 Bankruptcy Department,    PO Box 182125,   Columbus, OH 43218-2125
13490331      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 06 2018 02:41:01
                 Credit Collection Services,   2 Wells Ave,   Newton Center, MA 02459-3246
13490334       E-mail/Text: vivian@interstatecredit.net Nov 06 2018 02:40:49     Department Of Dental Medicine,
                 C/O Interstate Credit & Co,    21 Fornance St,   Norristown, PA 19401
13490336       E-mail/Text: Bankruptcy.Consumer@dish.com Nov 06 2018 02:40:44     Dish Network,
                 PO Box 105169,   Atlanta, GA 30348-5169
13490337       E-mail/Text: bknotice@ercbpo.com Nov 06 2018 02:40:47     Enhanced Recovery Co., LLC,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13490345       E-mail/Text: aalvino@helmautoloans.com Nov 06 2018 02:40:47     Helm Associates,
                 292 Bristol Pike,   Croydon, PA 19021-5406
13490347       E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 02:40:34     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
13490349       E-mail/Text: cst.bankruptcy@chase.com Nov 06 2018 02:41:02     JPM Chase,   PO Box 7013,
                 Indianapolis, IN 46207-7013
13490354       E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2018 02:40:45     Midland Credit Management, Inc.,
                 PO Box 603,   Oaks, PA 19456-0603
13490356       E-mail/PDF: pa_dc_claims@navient.com Nov 06 2018 02:47:21     Navient,   PO Box 9655,
                 Wilkes Barre, PA 18773-9655
13545994       E-mail/PDF: pa_dc_claims@navient.com Nov 06 2018 02:47:21     Navient Solutions Inc.,
                 Department of Education Loan Services,   P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
13490364       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 02:47:28
                 Portfolio Recovery Associates, LLC,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
13490358      +E-mail/Text: blegal@phfa.org Nov 06 2018 02:40:46     Pennsylvania Housing Finance Agency,
                 211 North Front Street, P.O. Box 15057,   Harrisburg, PA 17105-5057
13490362       E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 06 2018 02:40:57     Plain Green Loans,
                 93 Mack Road Ste 600,   PO Box 270,   Box Elder, MT 59521-0270
13490365       E-mail/Text: Supportservices@receivablesperformance.com Nov 06 2018 02:41:00
                 Receivables Performance,   20816 44th Ave W,   Lynnwood, WA 98036-7744
13490367       E-mail/Text: appebnmailbox@sprint.com Nov 06 2018 02:40:44     Sprint Nextel,
                 ATTN: Bankruptcy Department,   PO Box 7949,   Overland Park, KS 66207-0949
13490366       E-mail/PDF: pa_dc_claims@navient.com Nov 06 2018 02:47:29     SallieMae,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
13490368       E-mail/Text: TenetBKNotifications@resurgent.com Nov 06 2018 02:40:36
                 St. Christopher’s Hospital For Children,   160 E Erie Ave,   Philadelphia, PA 19134-1011
13490369       E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 02:47:20     Synchrony Bank,
                 ATTN: Bankruptcy Dept,   PO Box 965061,   Orlando, FL 32896-5061
13490372       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2018 02:40:30
                 Verizon,   500 Technology Dr Ste 550,   Saint Charles, MO 63304-2225
13490373       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2018 02:40:30
                 Verizon Pennsylvania,   500 Technology Dr,   Saint Charles, MO 63304-2225
13490374      +E-mail/Text: megan.harper@phila.gov Nov 06 2018 02:40:55     Water Revenue Bureau,
                 Philadelphia Revenue Department,   1401 Jfk Blvd,   Philadelphia, PA 19102-1663
13490375       E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 06 2018 02:40:46
                 Westlake Financial Services,   PO Box 76809,   Los Angeles, CA 90076-0809
                                                                                              TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13490333     ##Delbert Services Corporation,   7125 Pollock Dr,   Las Vegas, NV 89119-4415
13490344     ##Harris Connect,   PO Box 2910,   Chesapeake, VA 23327-2910
13490351     ##Linebarger Goggan Blair & Sampson LLP,   920 N King St Ste 412,   Wilmington, DE 19801-3337
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: DonnaR                 Page 3 of 3                  Date Rcvd: Nov 05, 2018
                              Form ID: 206                 Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REX J. ROLDAN    on behalf of Debtor Erika M. Murchison Roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Erika M. Murchison                                        Case No: 15−11772−jkf

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 11/5/18

For The Court

Timothy B. McGrath
Clerk of Court

86
Form 206