# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br><br>ERIKA M. MURCHISON,<br><br>Debtor. | Chapter 13<br><br>Bankruptcy No.: 15-11772-jkf |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Debtor, Erika M. Murchison, by and through her attorney, Rex J. Roldan, Esquire, has filed papers with the Court for an Order Reopening Chapter 13 Case to File Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q).

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 26, 2018 you or your attorney must do all of the following:

        (a)  file an answer explaining your position at:

            Clerk, United States Bankruptcy Court
            Robert N.C. Nix, Sr. Federal Courthouse
            900 Market Street, Suite 400
            Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)  You must also mail a copy to:

| | |
|---|---|
| Law Offices of Rex J. Roldan, P.C. | William C. Miller, Trustee |
| Washington Professional Campus | PO Box 40119 |
| 900 Route 168, Suite I-4 | Philadelphia, PA 19106-0119 |
| Turnersville, NJ 08012 | |

    2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.  A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon, U.S.B.J. on **Wednesday, December 19, 2018, at 9:30 a.m.** in Courtroom 3, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 10, 2018