# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| ERIKA M. MURCHISON, | : | |
| | : | |
| Debtor. | : | Case No.: 15-11772-jkf |
| | : | |

## CERTIFICATION OF NO RESPONSE

Rex J. Roldan, Esquire, attorney for Debtor, Erika M. Murchison, represents as follows:

1. A Motion to Reopen Chapter 13 Case to File Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) was filed on November 11, 2018, and notice of same was given to Andrew R. Vara, Acting United States Trustee, William C. Miller, Esquire, Chapter 13 Standing Trustee, and Erika M. Murchison, debtor, and all creditors in interest.

2. The time to answer or otherwise respond to the Motion has expired, and no such response has been filed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: December 19, 2018

        /s/ Rex J. Roldan
Rex J. Roldan, Esquire, Applicant (I.D. #: 71690)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425
Fax (856) 232-1025

C:\Legal\bank\2731rr\services_no_response.wpd