IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  CHAPTER 13

ERIKA M. MURCHINSON

                DEBTOR(S)  :  BANKRUPTCY NO. 15-11772-JKF

## ORDER

AND NOW, upon consideration of the *Debtor's Motion to Reopen Chapter 13 Case to File Chapter 13 Debtor's Certifications Regarding Domestic Support Obligation* and after notice and hearing, it is hereby

ORDERED that the Motion is GRANTED. This Court's *Order Approving Trustee's Report, Discharging Trustee and Closing Case*, without the Entry of an Order of Discharge entered on November 1, 2018 is VACATED and the Bankruptcy Case is REOPENED. The clerks' office is to enter the Debtor's Chapter 13 Discharge and then immediately re-close the Bankruptcy Case

BY THE COURT:

*[signature: Jean K. Fitzsimon]*

DATED: DECEMBER 21, 2018        JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE