March 8, 2021

Erika Murchison
1639 E Lycoming St
Philadelphia, PA 19124

US Bankruptcy Court
900 Market St #400
Philadelphia, PA 19107

To whom this may concern

I have a public record reporting on my credit report, to be clear it's a Bankruptcy CH 13 and I find it shocking that the credit bureaus are saying that you provided them with the incorrect information!

I am aware of the LAW and Under the Fair Credit   Reporting Act or FCRA for short, I can start a dispute with the furnisher of information directly, and the credit bureaus notified me to contact you.

How ever to my under standing the courthouse doesn't provide information to the credit bureaus, but the credit bureaus are saying that you do, so I'm confused.

Can you please provide me documentation confirming that you do not provide information to the credit reporting agencies aka Credit Bureaus?

Bankruptcy CH 13 Reference # 1511772JFK

Sincerely
Erika Murchison

MAR 1 2 2021